IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYLER STANLEY,

    Plaintiff,

v.

Case No. 19-cv-22-slc

CATHY JESS, WILLIAM POLLARD,
JEAN LUTSEY, JODENE PERTTU,
RACHEL M. LARSON, MAN LEE,
MARK DOMROIS, MICHAEL LAMARCA,
AND DENIELLE LANE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/27/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |